# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

Brenda Schmidt,                                             Civil No. 11-1857 (RHK/TNL)

        Plaintiff,                             **ORDER**

v.

Michael J. Astrue,

        Defendant.

---

Based upon the Report and Recommendation by United States Magistrate Judge Tony N. Leung dated January 11, 2012 (Doc. No. 10), along with all the files and records, and no objections to said Report and Recommendation having been filed, **IT IS ORDERED**:

1. The Report and Recommendation (Doc. No. 10) is **ADOPTED**; and

2. Plaintiff's Complaint (Doc. No. 1) is **DISMISSED WITH PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: February 14, 2012

                                                                s/Richard H. Kyle
                                                                 RICHARD H. KYLE
                                                                 United States District Judge